*AcryliCon USA, LLC v. Silikal GmbH*
Certificate of Interested Persons and Corporate Disclosure Statement
16-11368

In The

# United States Court of Appeals

For The Eleventh Circuit

---

**ACRYLICON USA, LLC, a Delaware limited liability company,**

*Plaintiff – Appellee*,

versus

**SILIKAL GMBH, a foreign company,**

*Defendant – Appellants*

---

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA**

---

**APPELLANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

---

J. David Hopkins
**BRIDGEHOUSELAW, LLP**
Peachtree 25th Building, Suite 520
1720 Peachtree Street, N.W.
Atlanta, GA 30309
(404) 353-5184
*Counsel for Defendant/Appellant*

*AcryliCon USA, LLC v. Silikal GmbH*
Certificate of Interested Persons and Corporate Disclosure Statement
16-11368

# **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

**I.     Interested Persons/Entities**

Pursuant to Fed. R. App. P. 26.1 and 11th Cir. R. 26.1-1, 26.1-2, 26.1-3, and 28-1(b), Defendant/Appellant Silikal GmbH ("Silikal") hereby identifies the following trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of the particular case or appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock:

**A.     Trial Judges:**

- Duffey, William S. Jr., J.
- Pannel, Charles A. Jr., Sr. J
- Thrash, Thomas W, J.

**B.     Attorneys:**  The following attorneys and law firms are, or have been, involved in representing the parties in this matter:

**(i)  For Plaintiff:**

- Baugh, Christina M.
- Coffey Burlington P.L.

*AcryliCon USA, LLC v. Silikal GmbH*
Certificate of Interested Persons and Corporate Disclosure Statement
16-11368

- Fellows, Henry D., Jr.

- Fellows LaBriola LLP

- Kaplan, Kevin C.

 **(ii) For Defendant:**

**Current Counsel –**

- Bridgehouse Law, LLP

- Hopkins, David

- Kane + Co. Law

- Kane, John

- Meis, Sebastian

**Former Counsel –**

- Cheesbro, Benjamin W.

- Hutchins, John P.

- Troutman Sanders, LLP

 **C. Other**

Besides the parties, persons, and entities identified expressly herein, Silikal declares that there are no other persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of the particular

case or appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock.

**II.     Other Identifiable Entities Related to a Party**

Pursuant to Fed. R. App. P. 26.1 and 11th Cir. R. 26.1-1, 26.1-2, 26.1-3, and 28-1(b), Defendant/AppellantSilikal GmbH hereby identifies the following identifiable entities related to Silikal:

- SNS Sales & Distribution GmbH

**III.    Stock Ticker Symbol for Publicly Traded Companies**

Defendant Silikal hereby states that it has nothing to declare with respect to the requested information.

**IV.    Corporate Identification**

Defendant Silikal hereby confirms that all companies and/or corporations identified herein are identified by their full legal name as reflected in the offices of the relevant governmental authority.

*AcryliCon USA, LLC v. Silikal GmbH*
Certificate of Interested Persons and Corporate Disclosure Statement
16-11368

Respectfully submitted this the 11th day of April 2016

                              **BRIDGEHOUSELAW, LLP**

                              */s/ David Hopkins*
                              J. David Hopkins
                              *david.hopkins@bridgehouselaw.us*
                              Georgia Bar No. 366505
                              Peachtree 25th Building, Suite 520
                              1720 Peachtree Street, N.W.
                              Atlanta, GA 30309
                              (404) 353-5184
                              *Counsel for Defendant/Appellant*

*AcryliCon USA, LLC v. Silikal GmbH*
Certificate of Interested Persons and Corporate Disclosure Statement
16-11368

# **CERTIFICATE OF COMPLIANCE WITH PAGE LIMITATION TYPEFACE REQUIREMENTS AND TYPESTYLE REQUIREMENTS**

Pursuant to Fed. R. App. P. 5(c), 27(d), 32(a) and 32(c), Appellants certify that this Certificate complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the typestyle requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14 pt. font size Times New Roman typestyle.

This 12th day of April, 2016.

/s/J. David Hopkins
Georgia Bar No. 366505

*AcryliCon USA, LLC v. Silikal GmbH*
Certificate of Interested Persons and Corporate Disclosure Statement
16-11368

# **CERTIFICATE OF SERVICE**

I certify that on April 12, 2016, I electronically filed the foregoing **Defendant Silikal GmbH's CERTICATE OF INTERESTED PERSONS** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification to the attorneys of record identified below:

> COFFEY BURLINGTON
> Kevin C. Kaplan, Esq.
> kkaplan@coffeyburlington.com
> Benjamin Brodsky, Esq.
> bbrodsky@coffeyburlington.com
> *Counsel for Plaintiff*
>
> FELLOWS LABRIOLA
> Henry D. Fellows, Jr., Esq.
> hfellows@felllab.com
> *Counsel for Plaintiff*

>            */s/ J. David Hopkins*
> J. David Hopkins
> Georgia Bar 366505
> *Counsel for Defendant/Appellant*
> BRIDGEHOUSELAW, LLP
> Peachtree 25th Building, Suite 520
> 1720 Peachtree Street, N.W.
> Atlanta, GA 30309
> (404) 353-5184
> *david.hopkins@bridgehouselaw.us*