# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

Case No. 16-11368-E

ACRYLICON USA, LLC
APPELLEE,

v.

SILIKAL GMBH,
APPELLANT.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

District Court Case No. 1:14-CV-1072-TWT
(Hon. Thomas W. Thrash, Jr., Dist. Judge)

## NOTICE OF WITHDRAWAL OF APPELLEE'S MOTION TO STAY INTERLOCUTORY APPEAL PENDING COMPLETION OF TRIAL COURT PROCEEDINGS

Jeffrey B. Crockett, Esquire
Florida Bar No. 347401
Kevin C. Kaplan, Esquire
Florida Bar No. 933848
**COFFEY BURLINGTON, P.L.**
2601 S. Bayshore Drive, Penthouse
Miami, FL 33133-5417
Tel.: (305) 858-2900
Fax: (305) 858-5261
jcrockett@coffeyburlington.com
kkaplan@coffeyburlington.com
vmontejo@coffeyburlington.com
service@coffeyburlington.com

*Counsel for Appellee, Acrylicon USA, LLC*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1, Appellee, Acrylicon USA, LLC hereby states the following individuals and entities have an interest in the outcome of this appeal:

Marianne Andreica

David Brani

Bridgehouselaw, LLP

Dawn Bye

Jason Bye

Jeremy Bye

Coffey Burlington, P.L.

Jeffrey B. Crockett

Henry Fellows

Fellows Labriola

Patrick Gannon

Bjorn Hegstad

Simon Henning

J. David Hopkins

Hermann Huber

Bjoern Hundshammer

John Kane

Kevin C. Kaplan

Harald Schmidt

Silikal GmbH

Silikal Industries GMBH

Hon. Thomas W. Thrash, Jr.

Bettina Waldecker

Hubert Weimann

Pursuant to Rule 26.1, Federal Rules of Appellate Procedure, there is no parent corporation or publicly held corporation that owns more than 10% of Appellee's stock.

COFFEY | BURLINGTON

2601 South Bayshore Drive, Penthouse, Miami, FL 33133 · T. 305-858-2900  F. 305-858-5261

Appellee, ACRYLICON USA, LLC, hereby gives notice of its WITHDRAWAL of its motion to stay the appeal filed by Appellant, Silikal GmbH, filed on May 23, 2016.

>Respectfully submitted,
>
>COFFEY BURLINGTON, P.L.
>*Counsel for Appellee*
>2601 South Bayshore Drive,
>Penthouse
>Miami, Florida  33133
>Tel:  305-858-2900
>Fax:  305-858-5261
>
>By: /s/ Jeffrey B. Crockett
>    Jeffrey B. Crockett, FBN 347401
>    Kevin C. Kaplan, FBN 933848
>    jcrockett @coffeyburlington.com
>    kkaplan@coffeyburlington.com
>    vmontejo@coffeyburlington.com
>    service@coffeyburlington.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on this 24th day of May, 2016, on all counsel or parties of record on the Service List below.

s/ Jeffrey B. Crockett

## SERVICE LIST

J. David Hopkins
Bridgehouselaw, LLP
Suite 620
1720 Peachtree Street, N.W.
Atlanta, GA  30309
Tel.  (404) 353-5184
david.hopkins@bridgehouselaw.us

*Counsel for Appellant*

COFFEY | BURLINGTON
2601 South Bayshore Drive, Penthouse, Miami, FL 33133 · T. 305-858-2900  F. 305-858-5261