In The
# United States Court of Appeals
For The Eleventh Circuit

---

**ACRYLICON USA, LLC, a Delaware limited liability company,**

*Plaintiff – Appellee*,

versus

**SILIKAL GMBH, a foreign company,**

*Defendant – Appellant,*

---

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA**

---

**APPELLANT'S EMERGENCY MOTION TO EXTEND DEADLINE FOR APPELLANT'S BRIEF, OR ALTERNATIVELY, FOR STAY**

---

J. David Hopkins
**BRIDGEHOUSELAW, LLP**
Peachtree 25th Building, Suite 520
1720 Peachtree Street, N.W.
Atlanta, GA 30309
(404) 353-5184
*Counsel for Defendant/Appellant*

# **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1, Appellant Silikal GmbH hereby states the following individuals and entities have an interest in the outcome of this appeal:

Marianne Andreica

David Brani

Bridgehouselaw, LLP

Dawn Bye

Jason Bye

Jeremy Bye

Coffey Burlington, P.L.

Jeffrey B. Crockett

Henry Fellows

Fellows Labriola

Patrick Gannon

Bjorn Hegstad

Simon Henning

J. David Hopkins

Hermann Huber

Bjoern Hundshammer

John Kane

Kevin C. Kaplan

Harald Schmidt

Silikal GmbH

Silikal Industries GMBH

Hon. Thomas W. Thrash, Jr.

Bettina Waldecker

Hubert Weimann

Pursuant to Rule 26.1, Federal Rules of Appellate Procedure, there is no parent corporation or publicly held corporation that owns more than 10% of Appellant's stock.

COMES NOW Appellant Silikal GmbH, pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure and 11th Circuit Rule 31-2, and respectfully requests that the Court extend the deadline for Appellant's Brief by sixty (60) days, from July 6, 2016, to September 5, 2016, or alternatively, pursuant to 11th Circuit Rule 31-1(b), that the Court stay these proceedings until the expiration of forty days following the district court's ruling on the Motion to Withdraw that is now pending before it.  In support of this Motion, Appellant shows as follows:

1. On or about Friday, June 17, 2016, Appellant terminated the engagement of the undersigned counsel (for all purposes save the filing of transitional motions such as this one).  The next business day, June 20, 2016, Appellant formally retained international counsel, Meridian 361 International Law Group, PLLC ("Meridian 361"), to represent it with respect to civil disputes pending in, and outside of, the United States.  Meridian 361 and its attorneys are admitted and practice in various domestic U.S. and foreign jurisdictions, but they are not admitted in the Northern District of Georgia or the Eleventh Circuit Court of Appeals.

2. Upon retention, Meridian 361 immediately commenced a search for appropriate co-counsel, admitted in the Northern District of Georgia and the Eleventh Circuit Court of Appeals, to appear with it herein.  Meridian 361 has now

identified such counsel and anticipates that same will enter an appearance in this matter on Friday, July 1, 2016.

3.　The undersigned counsel has filed a Motion to Withdraw in the district court (D.E. 269), which remains pending.

4.　The undersigned counsel anticipates that it likewise will file within the next few days appropriate paperwork with the Eleventh Circuit to perfect their withdrawal from these appellate proceedings and the substitution of new counsel herein.

5.　Appellant recognizes that this request for an extension is not the first such request. However, substitute counsel cannot adequately represent the interests of Appellant without a further, limited extension, and are obligated to make this request. An additional, and final, limited extension of time is necessary and warranted to allow new counsel to appear and properly present the important issues raised by this appeal.

6.　The deadline for Appellant's Brief is currently Wednesday July 6, 2016, *i.e.*, seven (7) days from today.

7.　With respect to the factors enumerated in 11th Cir. R. 27-1(b) ("Emergency Motions"), Appellant would further show that this Motion may be moot if not granted within seven days, as Appellant's deadline for filing its Brief may have expired. Appellant has a great likelihood of success on the merits of the

appeal.  Appellant will suffer irreparable injury if the Motion is not granted, as Appellant has discharged the undersigned counsel and new counsel reasonably requires a short extension of time in order to present the issues to this Circuit Court in the manner it considers appropriate and best.  There is no possibility of harm to other parties if this Motion is granted:  indeed Appellee itself has moved this Circuit Court to delay consideration of this appeal indefinitely.  (*See* Appellee's Motion to Stay Interlocutory Appeal Pending Completion of Trial Court Proceedings, filed May 23, 2016).  Though Appellee thereafter elected to withdraw its Motion, its filing demonstrates that a modest, and defined, extension of the deadline for Appellant's brief will cause Appellee no harm.  Finally, there will be no adverse impact on the public interest from granting this Motion.  Accordingly, Appellant respectfully requests that this Motion be treated as an "Emergency Motion" and/or that the Motion otherwise be treated as "time sensitive."

8.     Pursuant to 11th Cir. Rule 26-1, the undersigned hereby confirms that Appellant's new counsel, Meridian 361, has consulted with opposing counsel with respect to this Motion.  Opposing counsel objects to the relief sought and has stated that it will promptly file an objection.

WHEREFORE, Appellant respectfully requests that the Court extend the deadline for its initial Brief from Wednesday, July 6, 2016, to Monday, September 5, 2016 in accordance with 11th Circuit Rule 31-2, or alternatively stay these

proceedings until the expiration of forty (40) days following the district court's ruling on the Motion to Withdraw that is now pending before it pursuant to 11th Circuit Rule 31-1(b).

This the 29th day of June, 2016.

                                              Respectfully submitted,

                                              */s/ J. David Hopkins*
                                              J. David Hopkins
                                              Georgia Bar 366505
                                              *Counsel for Appellant*
                                              BRIDGEHOUSELAW, LLP
                                              Peachtree 25th Building, Suite 520
                                              1720 Peachtree Street, N.W.
                                              Atlanta, GA 30309
                                              (404) 353-5184
                                              *david.hopkins@bridgehouselaw.us*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on this 29th day of June, 2016, on all counsel or parties of record on the Service List below.

s/ J. David Hopkins

## SERVICE LIST

COFFEY BURLINGTON
Kevin C. Kaplan, Esq.
kkaplan@coffeyburlington.com
Benjamin Brodsky, Esq.
bbrodsky@coffeyburlington.com
*Counsel for Appellee*

FELLOWS LABRIOLA
Henry D. Fellows, Jr., Esq.
hfellows@felllab.com
*Counsel for Appellee*